UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASG 1 CYPRUS, LTD, et al. | Civil No. 07-5630 |
| vs. | Order of Reassignment |
| DEBORAH C. PECK | |

It is on this   20TH  day of April, 2009

O R D E R E D  that the entitled action is reassigned from

JUDGE JOEL A. PISANO to JUDGE FREDA L. WOLFSON.

S/Garrett E. Brown, Jr.
GARRETT E. BROWN, JR. CHIEF JUDGE
UNITED STATES DISTRICT COURT
